IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES ADDISON, individually
and on behalf of all others
similarly situated                                                                              PLAINTIFF

v.                           No. 3:22-cv-314-DPM

FRITO-LAY INC.                                                                              DEFENDANT

## ORDER

Frito-Lay's motion, *Doc. 5*, is granted based on the first-to-file rule with a hedge. *Orthmann v. Apple River Campground, Inc.*, 765 F.2d 119, 121 (8th Cir. 1985). Addison's claims are embraced by the Court-approved settlement in *Stevens v. PepsiCo, Inc.*, Case No. 7:22-cv-802-NSR (S.D.N.Y.). Addison did not opt out of the national class in that case. *Doc. 79 in Stevens at 7*. It is unclear, though, whether he consented to participate in the FLSA collective or released his FLSA claims pursuant to the settlement agreement by cashing his check. *Doc. 57-1 in Stevens at 15-16*. Joint report on that loose end due by 25 August 2023. The Court will withhold entry of its planned Judgment dismissing this case without prejudice until it has received the joint report.

-2-

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>18 August 2023</u>