IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES ADDISON, individually
and on behalf of all others
similarly situated                                                                PLAINTIFF

v.                              No. 3:22-cv-314-DPM

FRITO-LAY INC.                                                                   DEFENDANT

ORDER

Joint report, *Doc. 12*, appreciated. The class settlement in *Stevens* resolved any claim Addison might have had as a class member. Because he didn't opt out by the deadline, he's bound. It's up to him whether to cash his settlement check. The collective presents more tangled circumstances. Unlike in the class situation, Addison must opt in by word or deed. He didn't file a consent form. And he hasn't cashed his check. Under the general principles about collectives and the settlement terms, he's not yet a member of the group or bound by the settlement. *Beauford v. Actionlink, LLC*, 781 F.3d 396, 405-06 (8th Cir. 2015). The preclusive effect of the class settlement on the collective action issues is, moreover, beyond the scope of the Court's recent inquiry and the joint report. Some of Addison's case will therefore go forward for now. Order, *Doc. 11*, amended as specified. Motion,

*Doc. 5*, partly granted and partly denied.  Answer or Rule 12(b) motion due by 22 September 2023.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2023