IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES ADDISON, individually
and on behalf of all others
similarly situated                                                       PLAINTIFF

v.                          No. 3:22-cv-314-DPM

FRITO-LAY INC.                                                          DEFENDANT

### ORDER

Joint motion, *Doc. 16*, noted. The request to keep the settlement agreement confidential is denied. While the parties' preference for confidentiality is understandable, the Court's practice in FLSA cases is for the agreement to be on the public docket. *Doc. 70* in *Delock v. Securitas Security Services USA, Inc.*, Case No. 4:11-cv-520-DPM (E.D. Ark. 16 November 2012); *Doc. 27* in *McMechen v. Blackboard, Inc.*, Case No. 3:18-cv-218-DPM (E.D. Ark. 19 December 2019). If this is a deal breaker, the parties should so advise the Court and the trial date will be restored. If it is not, please file the settlement agreement on the public docket. And please advise about whether the attorney's fee was negotiated separately from the merits, as required. *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). Joint report and settlement agreement (or not) due by 15 December 2023.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 November 2023