IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES ADDISON, individually and**
On behalf of all others similarly situated,

                                                                                                **PLAINTIFF**

**v.**                            **Case No. 3:22-cv-00314-DPM**

**FRITO-LAY INC.,**                                                                           **DEFENDANT**

## JOINT REPORT OF THE PARTIES

NOW COME Plaintiff James Addison ("Plaintiff") and Defendant Frito-Lay, Inc. ("Defendant"), and submit the Joint Report of the Parties as to Plaintiff's FLSA Claims pursuant to the Court's Order, dated November 29, 2023 (Doc. No. 18).

1.    This Court ordered the parties to file a status report on whether the attorney's fee was negotiated separately from the merits, as required. *Barbee v. Big River Steel, LLC,* 927 F.3d 1024, 1027 n.1 (8th Cir. 2019).

2.    In the present matter, the agreement reached included a waiver of any attorney's fee. This was because the Plaintiff receives as consideration for the settlement a full waiver of $11,859.33 in disputed debt owed to the Defendant, instead of a payment to the Plaintiff for consideration as in other FLSA settlements.

3.    Plaintiff's counsel explicitly disclaimed any fee once his client agreed to the waiver of the disputed debt, as the Plaintiff would receive the benefit of his bargain in the waiver of the $11,859.33 in disputed debt owed to the Defendant. As such, the non-payment of fees was negotiated separately in that sense.

4.    As requested, a copy of the settlement agreement is attached as "Exhibit A" to the present joint status report.

5. Accordingly, Plaintiff and Defendant requests that the Court enter Judgment dismissing Plaintiff's claims in their entirety pursuant to its prior Orders (Docs. No. 11 and 18).

Respectfully submitted,

| | |
|---|---|
| By: **Chris Burks**<br>Arkansas State Bar No. 2010207<br>**WH Law ǀ We Help**<br>1 Riverfront Pl. – Suite 745<br>North Little Rock, AR 72114<br>Telephone:  (501) 891-6000<br>Email: chris@wh.law<br><br>**ATTORNEYS FOR PLAINTIFF** | By: **Ariel J. Snyder**<br>Arkansas State Bar No. 2013231<br>**Alison R. Ashmore**<br>Texas State Bar No. 24059400<br>*Pro Hac Vice Forthcoming*<br>**Elizabeth A. Voss**<br>Texas State Bar No. 24075160<br>*Pro Hac Vice Forthcoming*<br>**Dykema Gossett PLLC**<br>1717 Main Street, Suite 4200<br>Dallas, Texas  75201<br>Telephone:  (214) 462-6400<br>Facsimile:  (214) 462-6401<br>Email: ASnyder@dykema.com<br>Email: AAshmore@dykema.com<br>Email:  EVoss@dykema.com<br><br>**ATTORNEYS FOR DEFENDANT, FRITO-LAY, INC.** |