IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES ADDISON, individually
and on behalf of all others
similarly situated                                                                    PLAINTIFF

v.                              No. 3:22-cv-314-DPM

FRITO-LAY INC.                                                                        DEFENDANT

ORDER

Status report and settlement agreement, *Doc. 19 & 19-1*, appreciated. The request to approve the settlement is granted. In general, settlement of a FLSA claim cannot include release of non-wage claims. But, in the unique circumstances presented—a substantial debt to the employer, a fee waiver, and Addison's *Stevens* class payment—the Court has no concern about any over-reaching. This package deal is reasonable. Judgment will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2024