IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES ADDISON, individually
and on behalf of all others
similarly situated                                                          PLAINTIFF

v.                         No. 3:22-cv-314-DPM

FRITO-LAY INC.                                                              DEFENDANT

## JUDGMENT

Addison's complaint is dismissed with prejudice. The Court retains jurisdiction until 4 March 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2024